CO-386
10/2018

# United States District Court
# For the District of Columbia

America First Legal Foundation

        Plaintiff

vs

United States Department of State

        Defendant

Civil Action No. __23-419_____

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __America First Legal Foundation__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __America First Legal Foundation__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____/s/ Jacob Meckler_____
Signature

90005210
BAR IDENTIFICATION NO.

Jacob Meckler
Print Name

611 Pennsylvania Ave. SE #231
Address

Washington   DC   20003
City   State   Zip Code

(202) 964-3721
Phone Number