FOIA Summons (1/13) (Page 2)

Civil Action No. 23-419

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **U.S. Atty. Gen.**
was received by me on *(date)* **Feb. 27, 2023.**

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: **Via certified Mail: 7021 2720 0002 5835 2862**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **Mar. 2, 2023**

_____
Server's signature

**Jacob Meckler, Attorney**
Printed name and title

**611 Pennsylvania SE #231**
**Washington D.C. 20003**
Server's address

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

**Tracking Number:**

# 70212720000258352862

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

Remove ✕

## Latest Update

Your item was picked up at a postal facility at 4:59 am on February 27, 2023 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
February 27, 2023, 4:59 am

**Available for Pickup**
WASHINGTON, DC 20530
February 25, 2023, 10:55 am

**Arrived at Post Office**
WASHINGTON, DC 20018
February 25, 2023, 10:01 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
February 25, 2023, 6:25 am

**Departed USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
February 25, 2023, 6:24 am

**Arrived at USPS Regional Facility**

- WASHINGTON DC DISTRIBUTION CENTER
  February 25, 2023, 4:07 am

- **Departed USPS Regional Origin Facility**
  MERRIFIELD VA DISTRIBUTION CENTER
  February 24, 2023, 7:18 pm

- **Arrived at USPS Regional Facility**
  MERRIFIELD VA DISTRIBUTION CENTER
  February 24, 2023, 6:46 pm

- **USPS in possession of item**
  ALEXANDRIA, VA 22303
  February 24, 2023, 3:35 pm

- Hide Tracking History

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌃

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail™ Up to $100 insurance included. Restrictions Apply ⓘ | 9590940247828344762502 (/go/TrackConfirmAction?tLabels=9590940247828344762502) |

See Less ⌃

**Track Another Package**

[ Enter tracking or barcode numbers ]

# Need More Help?

Contact USPS Tracking support for further assistance.