FOIA Summons (1/13) (Page 2)

Civil Action No. 23-419

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Dept of State
was received by me on *(date)* Feb. 27, 2023.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
Via certified Mail: 7021 2720 0002 5835 2879

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: Mar. 2, 2023

_____
Server's signature

Jacob Meckler, Attorney
Printed name and title

611 Pennsylvania SE #231
Washington D.C. 20003
Server's address

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70212720000258352879

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 6:06 am on February 27, 2023 in WASHINGTON, DC 20521.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20521
February 27, 2023, 6:06 am

**Available for Pickup**
WASHINGTON, DC 20520
February 25, 2023, 11:59 am

**Arrived at Post Office**
WASHINGTON, DC 20018
February 25, 2023, 10:55 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
February 25, 2023, 6:25 am

**Departed USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
February 25, 2023, 6:24 am

**Arrived at USPS Regional Facility**

- WASHINGTON DC DISTRIBUTION CENTER
  February 25, 2023, 3:38 am

- **Departed USPS Regional Facility**
  MERRIFIELD VA DISTRIBUTION CENTER
  February 25, 2023, 2:46 am

- **Arrived at USPS Regional Facility**
  MERRIFIELD VA DISTRIBUTION CENTER
  February 24, 2023, 6:46 pm

- **USPS in possession of item**
  ALEXANDRIA, VA 22303
  February 24, 2023, 3:33 pm

- Hide Tracking History

---

**Text & Email Updates** ⌄

---

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

[ **FAQs** ]