FOIA Summons (1/13) (Page 2)

Civil Action No. 23-419

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Attorney for the District of Columbia
was received by me on *(date)* Feb. 22, 2023 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Via Email at USADC.ServiceCivil@usdoj.gov
.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: March 7, 2023

/s/ *Jacob Meckler*
Server's signature

Jacob Meckler, Attorney
Printed name and title

611 Pennsylvania Ave. SE, #231, Washington, D.C. 20003
Server's address

Additional information regarding attempted service, etc:



Jacob Meckler <jacob.meckler@aflegal.org>

## America First Legal Foundation v. United States Department of State, 23-419

**USADC-ServiceCivil** <USADC.ServiceCivil@usdoj.gov>  Mon, Mar 6, 2023 at 8:31 AM
To: Jacob Meckler <jacob.meckler@aflegal.org>

Your service package has been received and accepted with a service date of February 22, 2023.  Thank you.

**From:** Jacob Meckler <jacob.meckler@aflegal.org>
**Sent:** Wednesday, February 22, 2023 12:54 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Subject:** [EXTERNAL] America First Legal Foundation v. United States Department of State, 23-419

To whom it may concern,

Please accept service of the attached documents in *America First Legal Foundation v. United States Department of State*, 23-419.

Please confirm receipt.

Thank you,

Jacob Meckler | Attorney

| aflegal.org