UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>   *Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>   *Defendant*. | No. 23-cv-0419 (CJN) |

## JOINT STATUS REPORT

Pursuant to the Court's order dated May 2, 2023, the Plaintiff, American First Legal Foundation, ('AFL") and the Defendant, U.S. Department of State ("DOS"), by and through the undersigned counsel, report to the Court as follows.

1.  This action involves five Freedom of Information Act ("FOIA") requests that are attached as exhibits to the Complaint and that have been assigned the following numbers by DOS: F-2021-08873, F-2022-00890, F-2022-06035, F-2022-06040, and F-2022-08578. DOS answered the Complaint on March 24, 2023.

2.  DOS made its first production on May 31, 2023, at the 400 page processing rate directed by the Court, made further productions on June 30, 2023, July 31, 2023, August 31, 2023, and September 29, 2023, at that processing rate, and plans to make a further production at that processing rate by the end of October 2023.

In the April 21, 2023 status report, DOS provided preliminary estimates of potentially responsive pages with respect to three of the five requests.  On or about June 6, 2023, the Plaintiff agreed to certain narrowing proposals from the Defendant.  However, as stated in the

June 6, 2023 status report, in the course of uploading records on its processing system, it appeared that the potentially responsive page estimate for those requests was higher than previously reported, and for some significantly higher. DOS provided AFL's counsel with a revised estimate of the page count for all requests by email dated June 27, 2023, noted that the high page count was unduly burdensome and appeared to be the result of the number of custodians identified by Plaintiff in the FOIA requests, and also advised in that email that it planned to search records only of relevant custodians as identified by the agency (not as proposed by Plaintiff in the requests) and that, after having done so, it would provide revised page estimates to determine whether further narrowing of the requests might be warranted.[1] On July 12, 2023, the Plaintiff agreed to further narrow certain aspects of F-2022-00890 and agreed to consider additional narrowing proposals from the Defendant.

By email dated October 5, 2023, Defendant provided revised page estimates for each request and/or subparts of requests, which incorporates narrowing efforts to date, as well as State's identification of what it considers to be the relevant custodians. Defendant currently estimates that, for all requests combined, there are approximately 50,000 pages remaining to be processed, of which approximately half pertain to Request 08578. The parties will continue in their efforts to attempt to further narrow the requests.

3. Pursuant to the Court's order dated May 2, 2023, the parties will file a further status report in 60 days.

---

[1] DOS states that it continues to reserve the right to challenge whether these requests reasonably describe the records sought in the event the parties are not able to reach an agreement on narrowing.

Respectfully submitted,

By: \_\_\_\_/s/ Jacob Meckler_____
Michael Ding (D.C. Bar No. 1027252)
Jacob Meckler (D.C. Bar No. 90005210)
Tel: (972) 861-2132
E-mail: Jacob.Meckler@aflegal.org
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Avenue SE #231
Washington, D.C. 20003
Counsel for the Plaintiff
America First Legal Foundation
*Counsel for Plaintiff*

AND

MATTHEW M. GRAVES, D.C. BAR#481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: \_\_\_\_/s/ Jeremy S. Simon_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Counsel for Defendant*

3