UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>    *Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>    *Defendant*. | No. 23-cv-0419 (CJN) |

## JOINT STATUS REPORT

Pursuant to the Court's order dated May 2, 2023, the Plaintiff, American First Legal Foundation, ('AFL") and the Defendant, U.S. Department of State ("DOS"), by and through the undersigned counsel, report to the Court as follows.

1.     This action involves five Freedom of Information Act ("FOIA") requests that are attached as exhibits to the Complaint and that have been assigned the following numbers by DOS:  F-2021-08873, F-2022-00890, F-2022-06035, F-2022-06040, and F-2022-08578. DOS answered the Complaint on March 24, 2023.

2.     DOS made its first production on May 31, 2023, at the 400 page processing rate directed by the Court, and has made further productions on June 30, 2023, July 31, 2023, August 31, 2023, September 29, 2023, October 31, 2023, November 30, 2023, and December 29, 2023 at that processing rate, and made a further production at that processing rate on February 2, 2024.[1]

---

[1]     As a result of unexpected demands on agency resources due to recent global events, specifically with respect to the Bureau within DOS that clears the productions in this case for release, the production that had been scheduled for the end of January 2024 was delayed by a

Defendant will resume providing interim responses at the end of each month (beginning with the end of February 2024) until processing is complete pursuant to the Court's minute order dated May 2, 2023.

3. As stated in a prior status report, by email dated October 5, 2023, Defendant provided revised page estimates for each request and/or subparts of requests, which incorporated narrowing efforts as of the date of that report, as well as State's identification of what it considers to be the relevant custodians.[2] Defendant continues to estimate that, for all requests combined, there are approximately 50,000 pages remaining to be processed, of which approximately half pertain to Request 08578. The parties will continue in their efforts to attempt to further narrow the requests.

4. Pursuant to the Court's order dated May 2, 2023, the parties will file a further status report in 60 days.

                                                Respectfully submitted,

                                                By:  /s/ Jacob Meckler
                                                Michael Ding (D.C. Bar No. 1027252)
                                                Jacob Meckler (D.C. Bar No. 90005210)
                                                Tel: (972) 861-2132
                                                E-mail: Jacob.Meckler@aflegal.org
                                                AMERICA FIRST LEGAL FOUNDATION
                                                611 Pennsylvania Avenue SE #231
                                                Washington, D.C. 20003
                                                Counsel for the Plaintiff
                                                America First Legal Foundation
                                                *Counsel for Plaintiff*

                                                AND

---

few days to February 2, 2024.  DOS intends to continue monthly productions with the next production on February 29, 2024.

[2]    DOS states that it continues to reserve the right to challenge whether these requests reasonably describe the records sought in the event the parties are not able to reach an agreement on narrowing.

MATTHEW M. GRAVES, D.C. BAR#481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:   */s/ Jeremy S. Simon*
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Counsel for Defendant*