UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>*Defendant*. | No. 23-cv-0419 (CJN) |

# JOINT STATUS REPORT

Pursuant to the Court's order dated May 2, 2023, the Plaintiff, American First Legal Foundation, ('AFL") and the Defendant, U.S. Department of State ("DOS"), by and through the undersigned counsel, report to the Court as follows.

1. This action involves five Freedom of Information Act ("FOIA") requests that are attached as exhibits to the Complaint and that have been assigned the following numbers by DOS: F-2021-08873, F-2022-00890, F-2022-06035, F-2022-06040, and F-2022-08578. DOS answered the Complaint on March 24, 2023.

2. DOS made its first production on May 31, 2023, at the 400 page processing rate directed by the Court, and has made further productions on June 30, 2023, July 31, 2023, August 31, 2023, September 29, 2023, October 31, 2023, November 30, 2023, December 29, 2023, and February 2, 2024, consistent with that processing rate, and made a further production consistent

with that processing rate on February 29, 2024, and April 4, 2024 (clearances on the March production delayed its release until April 4, 2024).[1]

3. The March delay has not impacted the DOS processing in April and DOS states that it intends to make its next production on April 30, 2024. Defendant will continue providing interim responses at the end of each month until processing is complete pursuant to the Court's minute order dated May 2, 2023.

4. As stated in a prior status report, by email dated October 5, 2023, Defendant provided revised page estimates for each request and/or subparts of requests, which incorporated narrowing efforts as of the date of that report, as well as State's identification of what it considers to be the relevant custodians.[2] Defendant continues to estimate that, for all requests combined, there are approximately 50,000 pages remaining to be processed, of which approximately half pertain to Request 08578. The parties will continue in their efforts to attempt to further narrow the requests.

5. Pursuant to the Court's order dated May 2, 2023, the parties will file a further status report in 60 days.

---

[1] DOS states that the release for January 2024, which was made on February 2, 2024, involved the processing of 384 pages, of which 377 pages were deemed non-responsive, three pages were released in full and four pages were released in part. DOS states that the release for February 2024, which was made on February 29, 2024, involved the processing of 393 pages, of which 275 pages were deemed non-responsive, six pages were released in full and 112 pages were released in part. Finally, DOS states that the release for March 2024, which was made on April 4, 2024, involved the processing of 432 pages, of which 402 pages were deemed non-responsive, two pages were withheld in full, and 28 pages were released in part. Accordingly, the average number of potentially responsive records processed over these three months was consistent with a 400 page-per-month processing rate.

[2] DOS states that it continues to reserve the right to challenge whether these requests reasonably describe the records sought in the event the parties are not able to reach an agreement on narrowing.

Respectfully submitted,

By: __/s/ Jacob Meckler__
Michael Ding (D.C. Bar No. 1027252)
Jacob Meckler (D.C. Bar No. 90005210)
Tel: (972) 861-2132
E-mail: Jacob.Meckler@aflegal.org
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Avenue SE #231
Washington, D.C. 20003
Counsel for the Plaintiff
America First Legal Foundation
*Counsel for Plaintiff*

   AND

MATTHEW M. GRAVES, D.C. BAR#481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: ___/s/ Jeremy S. Simon___
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Counsel for Defendant*