UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>*Defendant*. | No. 23-cv-0419 (CJN) |

## JOINT STATUS REPORT

Pursuant to the Court's order dated May 2, 2023, the Plaintiff, American First Legal Foundation, ('AFL") and the Defendant, U.S. Department of State ("DOS"), by and through the undersigned counsel, report to the Court as follows.

1. This action involves five Freedom of Information Act ("FOIA") requests that are attached as exhibits to the Complaint and that have been assigned the following numbers by DOS:  F-2021-08873, F-2022-00890, F-2022-06035, F-2022-06040, and F-2022-08578. DOS answered the Complaint on March 24, 2023.

2. A prior status report dated April 5, 2024 (ECF No. 17) describes the production history in this case since the first production that was made on May 31, 2023, to the filing date of that status report.  Since the filing of the June 14, 2024, status report, DOS reports that it made productions on July 1, 2024 and July 31, 2024, at the 400-page processing rate directed by the Court.  Defendant will continue providing interim responses at the end of each month until processing is complete pursuant to the Court's minute order dated May 2, 2023.

3. As stated in a prior status report, by email dated October 5, 2023, Defendant provided revised page estimates for each request and/or subparts of requests, which incorporated narrowing efforts as of the date of that report, as well as DOS's identification of what it considers to be the relevant custodians.[1] Defendant reported on June 14, 2024, that it had previously failed to account for the number of electronic records returned for certain requests that Plaintiff has not sought to prioritize for processing. Defendant now reports that it has been conducting an initial responsiveness review of those records to determine the number of pages that require processing from those requests, but that that review has not yet concluded. Defendant expects to provide a further update on the total number of pages remaining to be processed once it is concluded. In the meantime, the parties will continue in their efforts to attempt to further narrow the requests.

4. Pursuant to the Court's order dated May 2, 2023, the parties will file a further status report in 60 days.

Respectfully submitted,

By: ____/s/ Jacob Meckler_____
Michael Ding (D.C. Bar No. 1027252)
Jacob Meckler (D.C. Bar No. 90005210)
Tel: (972) 861-2132
E-mail: Jacob.Meckler@aflegal.org
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Avenue SE #231
Washington, D.C. 20003

*Counsel for Plaintiff*

---

[1] DOS states that it continues to reserve the right to challenge whether these requests reasonably describe the records sought in the event the parties are not able to reach an agreement on narrowing.

AND

MATTHEW M. GRAVES, D.C. BAR#481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ Jeremy S. Simon
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Counsel for Defendant*