UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>　　*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>　　*Defendant*. | No. 23-cv-0419 (SLS) |

## JOINT STATUS REPORT

Pursuant to the Court's order dated May 2, 2023, the Plaintiff, American First Legal Foundation, ('AFL") and the Defendant, U.S. Department of State ("DOS"), by and through the undersigned counsel, report to the Court as follows.

1.　This action involves five Freedom of Information Act ("FOIA") requests that are attached as exhibits to the Complaint and that have been assigned the following numbers by DOS: F-2021-08873, F-2022-00890, F-2022-06035, F-2022-06040, and F-2022-08578. DOS answered the Complaint on March 24, 2023.

2.　A prior status report dated December 9, 2024 (ECF No. 22) describes the production history in this case since the first production that was made on May 31, 2023, to the filing date of that status report. Since the filing of the December 9, 2024, status report, DOS reports that it made productions on December 31, 2024 and January 31, 2025, at the 400-page processing rate directed by the Court. Defendant will continue providing interim responses at the end of each month until processing is complete pursuant to the Court's minute order dated May 2, 2023.

3. Defendant's current estimate of the total number of potentially responsive pages to process for all requests combined is approximately 67,726.[1] The parties plan to confer regarding potential narrowing of this request.

4. Pursuant to the Court's order dated May 2, 2023, the parties will file a further status report in 60 days.

Respectfully submitted,

By: ___/s/ Jacob Meckler___
Michael Ding (D.C. Bar No. 1027252)
Jacob Meckler (D.C. Bar No. 90005210)
Tel: (972) 861-2132
E-mail: Jacob.Meckler@aflegal.org
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Avenue SE #231
Washington, D.C. 20003

*Counsel for Plaintiff*

AND

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: ___/s/ Jeremy S. Simon___
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Counsel for Defendant*

---

[1] DOS states that it continues to reserve the right to challenge whether these requests reasonably describe the records sought in the event the parties are not able to reach an agreement on narrowing.