UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>    *Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>    *Defendant*. | No. 23-cv-0419 (SLS) |

## JOINT STATUS REPORT

As directed by the Court at the status conference on May 13, 2025, Plaintiff, American First Legal Foundation, ("AFL") and the Defendant, U.S. Department of State (the "Department"), by and through the undersigned counsel, provide a further report to the Court as follows.

1.  This action involves five Freedom of Information Act ("FOIA") requests that are attached as exhibits to the Complaint and that have been assigned the following numbers by the Department: F-2021-08873, F-2022-00890, F-2022-06035, F-2022-06040, and F-2022-08578. The Department answered the Complaint on March 24, 2023.

2.  Since the status conference on May 13, 2025, the parties have conferred twice by telephone, on May 22, 2025 and June 5, 2025, totaling approximately 45 minutes, exchanged multiple emails, engaged in four rounds of narrowing, and continue to make significant progress in narrowing the number of pages to be processed. Among other things, Plaintiff has agreed to waive FOIA request 08578 and 8873 in exchange for the Department agreeing to increase its monthly minimum processing rate from 400 pages per month to 550 pages per month. The

exclusion of those two requests has significantly reduced the number of pages to be processed as the chart below reflects.[1] The parties also have agreed on additional search terms to apply to subparts 6-8 of Part A of Request 0890, and the application of those terms has resulted in a reduction of approximately 7,000 pages from that subpart. In addition, approximately 3,200 of the potentially responsive pages located in response to Request 6040 consist of calendar entries, and Plaintiff has agreed to initially accept the month view of the calendars, which would allow Plaintiff to then identify only the individual meetings that it would like to be processed from those pages. The parties are continuing to consider other possible means of narrowing Part A of Request 0890 and Request 6040.

3. During their conferral following the May 13, 2025 status conference, the parties also realized that the chart included with the last status report inadvertently failed to account for Part B of Request 0890. The parties' narrowing efforts since then have reduced that part of the request from approximately 80,000 pages to an estimate of approximately 10,000 pages (the precise reduction is still being determined as reflected on the chart below), and the parties are continuing to confer over additional search terms to further narrow that part of Request 0890 with the goal of reducing the pages to be processed for that part of the request to approximately 5,000 pages.

4. The following chart identifies the number of records and pages in all of the requests, or subparts of requests, that remain to be processed and which are the subject of the parties' narrowing efforts. The chart also reflects requests that have been completed or excluded by agreement of the parties. Ultimately, since the May 13, 2025 conference, the parties have

---

[1] The Department already has processed for release at the end of this month a significant portion of the records responsive to 08873 and, accordingly, that release will go forward as planned.

reduced the number of potentially responsive pages by almost 100,000 pages (inclusive of reductions related to Part B of 0890) and estimate that there are approximately 30,000 pages remaining (also inclusive of Part B of 0890). The parties are working toward reducing that number further and expect to have a further update on their progress in that regard by the next status report.

| Request | Unclassified Records | Classified Records |
|---|---|---|
| Request **06035** | Completed | Completed |
| Request **08873** Excluded by agreement since May 13, 2025 status conference | 0 pages (previous total was approximately 5,065pages) | |
| Request **06040** | 1,526 records, 11,248 pages | 384 records, 744 pages |
| Request **00890 (PART A)** | | |
| Sub-request 1 | Excluded by agreement | Excluded by agreement |
| Sub-request 2 "Union of Palestinian Women's Committees" | 97 records, 976 pages | 31 records, 628 pages |
| Sub-request 3 "Prisoner Support and Human Rights Association" | 75 records, 1,049 pages | 2 records, 7 pages |
| Sub-request 4 "Bisan Center for Research and Development" | 85 records, 1,107 pages | 6 records, 226 pages |
| Sub-request 5 "Al-Haq" | 8 records, 102 pages | 0 records |
| Sub-request 6 "Defense for Children International - Palestine", and further narrowed since May 13, 2025 status | 61 records, 1,115 pages (prior total was 161 records, 1,414 pages) | 6 records, 369 pages (prior total was 48 records, 729 pages) |

3

| | | |
|---|---|---|
| conference by additional search terms | | |
| Sub-request 7 "Union of Agricultural Work Committees", and further narrowed since May 13, 2025 status conference by additional search terms | 134 records, 1,966 pages<br><br>(prior total was 138 records, 1,976 pages) | 6 records, 369 pages<br><br>(prior total was 86 records, 911 pages) |
| Narrowed Sub-request 8 "Benny Gantz", and further narrowed since May 13, 2025 status conference by additional search terms | 37 records, 2,483 pages<br><br>(prior total was 262 records, 6,803 pages) | 13 records, 354 pages<br><br>(prior total was 85 records, 1,556 pages) |
| Request **0890 (Part B)** | | |
| ("Consulate Jeruselem"~5) AND (establish OR open OR reopen), and further narrowed since May 13, 2025 status conference by additional search terms | 234 records, 8,052 pages<br><br>(prior total was 3,802 records, 64,636 pages) | (still to be determined)<br><br>(prior total was 1,572 records, 15,927 pages) |
| Request **08578** | | |
| Excluded by agreement since May 13, 2025 status conference | 0 pages<br><br>(The four subparts of this request had totaled approximately 11,000 pages) | |

5.  Pursuant to the parties' agreement, the Department will begin processing at a minimum of 550 pages per month beginning July 2025 (with that processing rate to be reflected in the agency's interim response scheduled for the end of July). However, when the nature of a record allows (such as when there is a number of nonresponsive documents and duplicates), the

4

Department will endeavor to exceed that rate. The Department's next interim response is scheduled for June 30, 2025, which will be at the prior 400 page per month minimum processing rate and will include records that were reviewed in Request 0873 (*see supra* n.1).

6. The parties propose that they file a further status report on July 16, 2025, which is approximately 30 days from the date of this report.[2]

Respectfully submitted,

By: */s/ Jacob Meckler*
Jacob Meckler (D.C. Bar No. 90005210)
Tel: (972) 861-2132
E-mail: Jacob.Meckler@aflegal.org
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Avenue SE #231
Washington, D.C. 20003

*Counsel for Plaintiff*

AND

JEANINE FERRIS PIRRO
United States Attorney

By:  */s/ Jeremy S. Simon*
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Counsel for Defendant*

---

[2] Undersigned counsel for Defendant has plans to be traveling from July 10, 2025 to July 13, 2025, and the above date takes those travel plans into account.