UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>*Defendant*. | No. 23-cv-0419 (SLS) |

## JOINT STATUS REPORT

Pursuant to the Court's order dated June 16, 2025, Plaintiff, American First Legal Foundation, ("AFL") and the Defendant, U.S. Department of State (the "Department"), by and through the undersigned counsel, provide a further report to the Court as follows.

1. This action originally involved five Freedom of Information Act ("FOIA") requests that are attached as exhibits to the Complaint and that have been assigned the following numbers by the Department: F-2021-08873, F-2022-00890, F-2022-06035, F-2022-06040, and F-2022-08578. The Department answered the Complaint on March 24, 2023.

2. As previously reported, processing of one of the requests has been completed (F-2022-06035) and, as part of the parties' efforts to reduce the number of pages remaining to be processed, Plaintiff has waived further processing of requests F-2021-08873 and F-2022-08578.

3. Since the filing of the last status report on June 13, 2025, the parties have further narrowed the two remaining requests by further refinement of the search terms to be utilized for Part B of F-2022-00890 and by Plaintiff's agreement to exclude from the scope of the requests documents from the Department's classified email system. The result of these efforts is that the

parties now estimate that approximately 20,000 potentially responsive pages remain to be processed for the two remaining requests, reflecting in conjunction with other narrowing efforts described in the last status report (ECF No. 28), a reduction of over one hundred thousand pages since the status conference on May 13, 2025, and over one million pages from the outset of this lawsuit.

4. Based on the State Department's recent agreement to process records at a minimum of 550 pages per month (and to exceed that rate when it is able to do so), as well as the parties' intention to continue narrowing efforts, the parties currently estimate that it will take approximately three years to complete processing of the two remaining requests. Accordingly, the parties currently estimate that processing will be completed on or before July 1, 2028.

5. The parties propose that they file a further status report on July 23, 2025, which is approximately 30 days from the date of this report, unless the Court would prefer status reports at 60 or 90 day intervals, which also would be agreeable to the parties.

Respectfully submitted,

By: */s/ Jacob Meckler*
Jacob Meckler (D.C. Bar No. 90005210)
Tel: (972) 861-2132
E-mail: Jacob.Meckler@aflegal.org
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Avenue SE #231
Washington, D.C. 20003

*Counsel for Plaintiff*

AND

JEANINE FERRIS PIRRO
United States Attorney

By:      */s/ Jeremy S. Simon*
JEREMY S. SIMON, D.C. BAR #447956

2

Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Counsel for Defendant*